IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01240-BNB

BEAUX GORDON SINES,

    Petitioner,

v.

J. M. WILNER, Warden, F.C.I. Florence,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 1 2009

GREGORY C. LANGHAM
                   CLERK

ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

Petitioner, Beaux Gordon Sines, initiated this action by filing *pro se* a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. As part of this court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the petition is deficient as described in this order. Mr. Sines will be directed to cure the following if he wishes to pursue his claims in this action. Any papers that Mr. Sines files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner
(6)   __   is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint, petition or habeas application
(8)   __   an original and a copy have not been received by the court. Only an original has been received.
(9)   __   other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) xx is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ an original and a copy have not been received by the court. Only an original has been received.
(16) ___ sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

    ORDERED that Mr. Sines cure the deficiency designated above **within thirty days from the date of this order.** Any papers that Mr. Sines files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the clerk of the court mail to Mr. Sines, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

    FURTHER ORDERED that if Mr. Sines fails to cure the designated deficiency **within thirty days from the date of this order** the action will be dismissed without further notice.

    DATED June 1, 2009, at Denver, Colorado.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01240-BNB

Beaux Gordon Sines
Reg No. 33854-013
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 6/1/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk